No. 09-680. **Arkansas, Petitioner v. Kenneth Ray Osburn.**

559 U.S. 938, 130 S. Ct. 1522, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1101.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2009 Ark. 390, 326 S.W.3d 771.

No. 09-682. **Leonard Bosack, et al., Petitioners v. David C. Soward, et al.**

559 U.S. 938, 130 S. Ct. 1522, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1298.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 586 F.3d 1096.

No. 09-688. **Timothy D. Pope, Petitioner v. Alabama, et al.**

559 U.S. 938, 130 S. Ct. 1523, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1387.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-689. **Mark J. Hunsberger, et ux., Petitioners v. J. A. Wood, Deputy Sheriff, Botetourt County, Virginia.**

559 U.S. 938, 130 S. Ct. 1523, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1416, ▉

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 570 F.3d 546.

No. 09-690. **Belal Ahmed Chaudhary, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 938, 130 S. Ct. 1523, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1105.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 340 Fed. Appx. 736.

No. 09-693. **William Kyle, et al., Petitioners v. Hon. Gerald Lebovits, et al.**

559 U.S. 938, 130 S. Ct. 1524, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1341.

February 22, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 58 App. Div. 3d 521, 870 N.Y.S.2d 360.

No. 09-695. **U.S. Motors, et al., Petitioners v. General Motors Europe.**

559 U.S. 939, 130 S. Ct. 1524, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1137.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 551 F.3d 420.